**LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document, "The Center's Opposition to the DNR's Motion to Dismiss," complies with the limits in LR 7.1(f) and with the type-size limit of LR 7.1(h). The memorandum contains 7,841 words, as counted by Microsoft Word for Office 365, including all text, including headings, footnotes, and quotations.

/s/ Collette L. Adkins
Collette L. Adkins (MN License No. 035059X)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org

*Attorney for Plaintiff*