**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

SARAH STROMMEN, in her official capacity as Commissioner of the Minnesota Department of Natural Resources,

    Defendant,

CASE NO. 20-2554-ECT-BRT

**LOCAL RULE 7.1 WORD COUNT CERTIFICATE OF COMPLIANCE**

Peter J. Farrell certifies the following:

I am counsel for Defendant Sarah Strommen, in her official capacity as Commissioner of the Minnesota Department of Natural Resources (the DNR), in this matter.

I certify that the reply memorandum complies with the limits in LR 7.1(f) and with the type-size limit of LR 7.1(h). The reply memorandum contains 3,734 words, as counted by Microsoft Word for Office 365, including all text. In addition, the combined word count of the supporting memorandum and the reply memorandum is 9,594 words, which complies with the combined limit of 12,000 words in LR 7.1(f)(1)(B).

Dated: May 25, 2021

                                        KEITH ELLISON
                                        Attorney General
                                        State of Minnesota

                                        /s/ *Pete Farrell*
                                        PETER J. FARRELL

2

Assistant Attorney General
Atty. Reg. No. 0393071

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1424 (Voice)
(651) 297-4139 (Fax)
peter.farrell@ag.state.mn.us

*Attorneys for Defendant Sarah Strommen, in her official capacity as the Commissioner of the Minnesota Department of Natural Resources*