UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>Plaintiff,<br><br>v.<br><br>**SARAH STROMMEN**, in her official capacity as Commissioner of the Minnesota Department of Natural Resources,<br><br>Defendant. | Case No. 0:20-cv-02554-ECT-BRT<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

WHEREAS, on December 17, 2020, Plaintiff Center for Biological Diversity (the Center) filed a Complaint (ECF 1);

WHEREAS, under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Sarah Strommen, in her official capacity as the Commissioner of the Minnesota Department of Natural Resources (the DNR), filed a motion to dismiss (ECF 13);

WHEREAS, on August 19, 2021, Judge Eric C. Tostrud denied the DNR's motion to dismiss (ECF 26);4

WHEREAS, under Fed. R. Civ. P. 12(a)(4)(A), the deadline for the DNR to answer the complaint is September 2, 2021;

WHEREAS, under Fed. R. Civ. P. 6(b), the Center and the DNR, through their undersigned counsel, agree that there is good cause to extend the deadline for Defendant to answer the Complaint to September 23, 2021;

WHEREAS, the parties agree that there is good cause for the requested extension because (1) lead counsel for the DNR was on paternity leave until August 30, 2021; (2) the DNR's legal and technical staff need sufficient time to review the answer to the complaint; and (3) so the parties may discuss whether a settlement is possible;

NOW, THEREFORE, the parties respectfully request that the Court enter the Proposed Order submitted with this stipulation and extend the deadline for Defendant to answer the complaint to **September 23, 2021**.

Respectfully submitted this day of August 30, 2021,

/s/ *Collette Adkins*
Collette L. Adkins (#035059X)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org

Marc D. Fink (MN License No. 0343407)
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street
Duluth, Minnesota 55805
(218) 464-0539
mfink@biologicaldiversity.org

*Attorneys for Plaintiff*

KEITH ELLISON
Attorney General
State of Minnesota


/s/ *Pete Farrell*
PETER J. FARRELL
Assistant Attorney General
Atty. Reg. No. 0393071

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1424 (Voice)
(651) 297-4139 (Fax)
peter.farrell@ag.state.mn.us

*Attorneys for Defendant Sarah Strommen, in her official capacity as the Commissioner of the Minnesota Department of Natural Resources*