# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY | Case No. 0:20-cv-2554 (ECT/JFD) |
| Plaintiff, | |
| vs. | **ORDER EXTENDING TIME TO ANSWER COMPLAINT** |
| SARAH STROMMEN,<br>*in her official capacity as Commissioner*<br>*of the Minnesota Department of Natural Resources,* | |
| Defendant. | |

_____

This matter is before the Court on the parties' Stipulation for Extension of Time to Answer Complaint (Dkt. No. 28). The Court finds that good cause has been shown and therefore,

**IT IS HEREBY ORDERED** that the time for Defendant to serve an Answer to the Complaint is extended to September 23, 2021.


Dated: August 30, 2021                    _s/ John F. Docherty_____
                                          JOHN F. DOCHERTY
                                          United States Magistrate Judge