## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**SARAH STROMMEN**, in her official capacity as Commissioner of the Minnesota Department of Natural Resources,<br><br>　　　　　Defendant. | Case No. 0:20-cv-02554-ECT-JFD<br><br>**ORDER EXTENDING FACT DISCOVERY DEADLINE** |

Pursuant to Fed. R. Civ. P. 16(b)(4), for good cause and consistent with the parties' agreement, IT IS ORDERED that the current fact discovery deadline in this case is extended to March 29, 2022 to allow the parties to concentrate on settlement discussions. On March 22, 2022, if the parties have not yet filed a stipulated settlement agreement or other appropriate form of agreement, the parties will file a joint report to update the Court as to the status of their settlement discussions. That status report will either request a further extension or propose an amended pretrial scheduling order with new deadlines for this matter.

Dated: January 28, 2022

*S/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge