IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>SARAH STROMMEN *in her official capacity as Commissioner of the Department of natural Resources*,<br><br>Defendant,<br><br>and<br><br>Minnesota Trappers Association, National Trappers Association, and Fur Takers America, Inc.,<br><br>Applicant Defendant Intervenors. | Case No. 20-CV-2554 (ECT/JFD) |

## MOTION TO INTERVENE

Pursuant to Fed. R. Civ. P. 24, the Minnesota Trappers Association, National Trappers Association, and Fur Takers America, Inc. (collectively "Applicant Intervenors" or "Trapping Intervenors") respectfully move to intervene in the above-captioned case. The existing party, Plaintiff, Center for Biological Diversity have indicated by email to counsel that the Center does not oppose intervention of the trapping associations on the condition that the Court requires

[20716-0023/4504227/1]                                    1

adherence to the existing scheduling order issued in this case. Defendant[1], through its counsel, does not oppose this motion. As set forth in the separately filed brief in support of this motion, intervention is sought under both Rule 24(a) and (b). Intervention is appropriate because (1) the motion is timely, (2) restricting trapping in Minnesota as requested by Plaintiffs would by definition have a significant adverse impact on the Trapping Intervenors, as their rights and the rights of their members to trap in Minnesota would be restricted, and (3) the State Defendants as the regulator of trapping in Minnesota does not adequately represent the interests of the Trapping Intervenors, who are the regulated parties.

Dated: February 18, 2022

Respectfully submitted,

RINKE NOONAN, LTD.

*/s/Gary R. Leistico*
Gary R. Leistico (024448X)
Jayne E. Esch (0399215)
Suite 300 US Bank Plaza Building
1015 W. St. Germain St.
P.O. Box 1497
St. Cloud, MN  56302-1497
(320) 251-6700
Fax (320) 656-3500
Email:  gleistico@rinkenoonan.com

ATTORNEY FOR INTERVENOR APPLICANTS MINNESOTA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, FUR TAKERS AMERICA, INC.

---

[1] The State Defendant is Sarah Strommen, in her official capacity as Commissioner of the Department of natural Resources.