## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SARAH STROMMEN *in her official capacity as Commissioner of the Department of Natural Resources*,<br><br>                    Defendant,<br><br>and<br><br>Minnesota Trappers Association, National Trappers Association, and Fur Takers of America, Inc.,<br><br>                    Applicant Defendant Intervenors. | Case No. 20-CV-2554 (ECT/JFD) |

## NOTICE OF HEARING ON MOTION TO INTERVENE

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy:

\_\_\_\_\_ A hearing on the above-titled motion will take place at a date and time to be determined and I/We received the following filing instructions from the presiding judge's courtroom deputy on this motion:

 **X** A hearing for the above-titled motion will take place on March 9, 2022, at 10:00 a.m. by Videoconference (Zoom), before the Honorable Magistrate Judge John F. Docherty.

        I/We will move the court for an Order allowing Applicant Defendant Intervenors, Minnesota Trappers Association, National Trappers Association, and Fur Takers of America, Inc. to intervene in this matter as Defendants.

Dated:  February 18, 2022

RINKE NOONAN, LTD.


*/s/Gary R. Leistico*
Gary R. Leistico, (024448X)
Jayne E. Esch (0399215)
Suite 300 US Bank Plaza Building
1015 W. St. Germain St.
P.O. Box 1497
St. Cloud, MN  56302-1497
(320) 251-6700
Fax (320) 656-3500
Email:  gleistico@rinkenoonan.com
jesch@rinkenoonan.com

ATTORNEY FOR INTERVENOR
APPLICANTS MINNESOTA TRAPPERS
ASSOCIATION, NATIONAL TRAPPERS
ASSOCIATION, FUR TAKERS OF AMERICA,
INC.