UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, <br><br> Plaintiff, <br><br> v. <br><br> **SARAH STROMMEN**, in her official capacity as Commissioner of the Minnesota Department of Natural Resources, <br><br> Defendant. | Case No. 0:20-cv-02554-ECT-JFD <br><br> **JOINT STATUS REPORT** |

Plaintiff Center for Biological Diversity ("Center") and Defendant Sarah Strommen, in her official capacity as Commissioner of the Minnesota Department of Natural Resources ("DNR"), jointly submit this status report.

On January 28, 2022, the Court extended the fact discovery deadline to March 29, 2022, and ordered the parties to file a joint report on March 22, 2022, to update the Court as to the status of their settlement discussions. Dkt. No. 40; *see also* Dkt. No. 57. Accordingly, the parties filed a joint report, which requested additional time for settlement negotiations. Dkt. No. 59. The Court thereafter stayed all requirements and deadlines in the Pretrial Scheduling Order (Dkt. No. 37) and ordered the parties to file another joint report on April 5, 2022. Dkt. No. 61.

The Center and the DNR have now reached agreement in principle on key terms and will work to put the rest of the detail into the final settlement agreement. To allow

Page 1

time to finalize a settlement agreement, the parties seek to further stay all requirements and deadlines in the Pretrial Scheduling Order. On May 6, 2022, if the parties have not yet filed a stipulated settlement agreement or other appropriate form of agreement, the parties will file a joint report to update the Court as to whether they need additional time to finalize their agreement.

Respectfully submitted this 5th day of April, 2022.

/s/ Collette L. Adkins
Collette L. Adkins (MN License No. 035059X)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org

Marc D. Fink (MN License No. 0343407)
CENTER FOR BIOLOGICAL DIVERSITY
209 East 7th Street
Duluth, Minnesota 55805
(218) 464-0539
mfink@biologicaldiversity.org

*Attorneys for Plaintiff*

KEITH ELLISON
Attorney General
State of Minnesota

/s/ *Pete Farrell*
PETER J. FARRELL
Assistant Attorney General
Atty. Reg. No. 0393071

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1424 (Voice)
(651) 297-4139 (Fax)

Page 2

peter.farrell@ag.state.mn.us

*Attorneys for Defendant Sarah Strommen, in her official capacity as the Commissioner of the Minnesota Department of Natural Resources*