UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**,<br><br>Plaintiff,<br><br>v.<br><br>**SARAH STROMMEN**, in her official capacity as Commissioner of the Minnesota Department of Natural Resources,<br><br>Defendant. | Case No. 0:20-cv-02554-ECT-JFD<br><br>**ORDER** |

On April 5, 2022, the Center and the DNR submitted a joint status report stating that they had reached an agreement in principle on key terms and are now working to finalize settlement documentation (Dkt. No. 62). The Center and the DNR have requested a stay of all requirements and deadlines in the Pretrial Scheduling Order through May 6, 2022, to allow them to finalize settlement documentation.

Pursuant to Fed. R. Civ. P. 16(b)(4), for good cause and consistent with the parties' request, **IT IS ORDERED** that:

1. All requirements and deadlines in the Pretrial Scheduling Order (Dkt. No. 37) are stayed through May 6, 2022, to allow the Center and the DNR to finalize settlement documentation.

2. If the parties do not finalize settlement documentation on or before May 6, 2022, they will file a joint report to update the Court as to the status of their efforts to

finalize settlement documents, including whether they need additional time to finalize an agreement.

Dated: April 6, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge