UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CENTER FOR BIOLOGICAL
DIVERSITY,

    Plaintiff,

    v.

SARAH STROMMEN, in her official capacity as Commissioner of the Minnesota Department of Natural Resources,

    Defendant,

and

MINNESOTA TRAPPERS ASSOCIATION, NATIONAL TRAPPERS ASSOCIATION, AND FUR TAKERS OF AMERICA, INC.

    Defendant-Intervenors.

CASE NO. 20-2554-ECT-JFD

**DECLARATION OF PETER J. FARRELL IN SUPPORT OF THE DNR'S RESPONSE TO THE TRAPPERS' OBJECTION TO THE CONSENT DECREE**

I, Peter J. Farrell, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am an Assistant Attorney General in the Environmental & Natural Resources division of the Office of the Minnesota Attorney General. I represent Defendant Sarah Strommen, in her official capacity as Commissioner of the Minnesota Department of Natural Resources, in this case.

2.    Attached are true and correct copies of the following documents:

| Exhibit | Date | Description |
|---|---|---|
| 1 | 04/30/2008 | Proposal of the DNR to Restrict, Modify, or Eliminate the Incidental Take of Canada Lynx, Civil No. 06-3776 (MJD/RLE), ECF 145 |
| 2 | 05/30/2008 | The DNR's Reply Memorandum in Support of its Proposal to Restrict, Modify, or Eliminate the Incidental Take of Canada Lynx, Civil No. 06-3776 (MJD/RLE), ECF 152 |

1

| 3 | 07/14/2008 | Order Requiring the DNR to Implement Proposal as Modified, Civil No. 06-3776 (MJD/RLE), ECF 163 |
| 4 | 10/21/2008 | The DNR's Supplemental Memorandum in Support of its Proposal to Restrict, Modify, or Eliminate the Incidental Take of Canada Lynx, Civil No. 06-3776 (MJD/RLE), ECF 170 |
| 5 | 10/21/2008 | Fourth Declaration of Michael DonCarlos in Support of Minnesota Department of Natural Resources' Proposal to Restrict, Modify, or Eliminate the Incidental Take of Canada Lynx, No. 06-3776 (MJD/RLE), ECF 171 |
| 6 | 08/25/2008 | Minnesota State Register, 33 SR 374 (Aug. 25, 2008) Adopting Expedited Emergency Game and Fish Rules re: Canada Lynx Management Zone |
| 7 | 03/01/2021 | Minnesota State Register, 45 SR 35 (Mar. 1, 2021) Adopting Expedited Emergency Game and Fish Rules re: Canada Lynx Management Zone |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 1, 2022

/s/ *Pete Farrell*
PETER J. FARRELL