# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# EVIDENTIARY HEARING

Center for Biological Diversity,

        Plaintiff,

v.

Sarah Strommen, in her official capacity as Commissioner of the Minnesota Department of Natural Resources,

        Defendant,

and

Minnesota Trappers Association, National Trappers Association, and Fur Takers of America, Inc.,

        Defendant-Intervenors.

**COURT MINUTES**
Case Number: 20-cv-2554 ECT/JFD

| | |
|---|---|
| Date: | November 3, 2022 |
| Court Reporter: | Tim Willette |
| Courthouse: | St. Paul |
| Courtroom: | 3B |
| Time Commenced: | 9:00 a.m. – 10:32 a.m. |
| | 10:48 a.m. – 12:32 p.m. |
| | 1:17 p.m. – 3:00 p.m. |
| | 3:15 p.m. – 4:16 p.m. |
| Time Concluded: | 4:16 p.m. |
| Time in Court: | 6 Hours 0 Minutes |

Trial before Eric C. Tostrud, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    Plaintiff:     Collette Adkins and Marc Fink, Center for Biological Diversity
    Defendant:   Peter Farrell, Office of the Minnesota Attorney General
    Intervenors:  Gary Leistico and Jayne Esch, Leistico & Esch PLLC

PROCEEDINGS:

- ☒ Plaintiff's witnesses: Bert Highland
- ☒ Defendant's witnesses: Dr. John Erb
- ☒ Plaintiff's Exhibits 1 – 16 admitted.
- ☒ Defendant's Exhibits 1 -35 admitted.
- ☒ Intervenor's Exhibits 1 and 2 admitted.

                                                           s/R. Morton
                                                           Courtroom Deputy