UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Center for Biological Diversity, | File No. 20-cv-2554 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Sarah Strommen, *in her official capacity as Commissioner of the Minnesota Department of Natural Resources*, | |
| Defendant, | |
| and | |
| Minnesota Trappers Association, National Trappers Association, and Fur Takers of America, Inc., | |
| Defendant Intervenors. | |

---

Plaintiff and Defendant filed a Joint Motion to Approve a Consent Decree. ECF No. 71. An evidentiary hearing was held on November 3, 2022. ECF No. 106. The Parties' post-hearing briefing deadlines are as follows:

1. **Briefs in Support of the Consent Decree.** On or before **December 19, 2022**, Plaintiff and Defendant shall each file a memorandum in support of the Joint Motion to Approve the Consent Decree.

2. **Brief in Opposition to the Consent Decree.** On or before **January 3, 2023**, Defendant Intervenors shall file a memorandum in response.

3. **Reply in Support of the Consent Decree.**  On or before **January 10, 2023**, Plaintiff and Defendant each may file a reply memorandum.

4. Plaintiff and Defendant's supporting and reply memoranda together must not exceed 8,000 words.  Intervenors' response memorandum must not exceed 8,000 words.

5.  Except insofar as this order is to the contrary, all memoranda must comply with the Federal Rules of Civil Procedure and Local Rules of the District of Minnesota.

6. There will be no post-briefing hearing unless otherwise notified.

**SO ORDERED**.

Dated: November 4, 2022                                   s/ Eric C. Tostrud
                                                         Eric C. Tostrud
                                                         United States District Court