IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff,

vs.

SARAH STROMMEN *in her official capacity as Commissioner of the Department of Natural Resources*,

        Defendant,

and

Minnesota Trappers Association, National Trappers Association, and Fur Takers of America, Inc.,

        Defendant Intervenors.

Case No. 20-CV-2554 (ECT/JFD)

---

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE EIGHTH CIRCUIT

---

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Defendant Intervenors the Minnesota Trappers Association, National Trappers Association and Fur Takers of America, Inc., (collectively "Defendant Intervenors") in the above-named case, appeal to the United States Court of Appeals for the Eighth Circuit from the Opinion and Order entered on February 21, 2023 [Dkt. 118], the Consent Decree and Order entered on February 21, 2023 [Dkt. 119], and the Judgment entered on February 22, 2023 [Dkt. 120].

The February 22, 2023 Judgment granted the Plaintiff's and Defendant's Joint Motion for Entry of Consent Decree [Dkt. 71], granted the Plaintiff's Motion to Consider Declaration [Dkt. 94], and denied Defendant Intervenors' Motion in Limine [Dkt. 95].

Dated:  March 22, 2023                                              **LEISTICO & ESCH, PLLC**

     */s/ Gary R. Leistico*
Gary R. Leistico (024448X)
Jayne E. Esch (0399215)
P.O. Box 365
Clear Lake, MN 55319
(763) 272-5825
gleistico@leisticoesch.com
jesch@leisticoesch.com

*Attorneys for Defendant Intervenors*
*Minnesota Trappers Associations,*
*National Trappers Association,*
*and Fur Takers of America, Inc.*